LAGOMARSINO LAW
3005 W. HORIZON RIDGE # 241
Henderson, NV 89052
383-2864
*Attorney for:* Plaintiff

UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL CROOKS, INDIVIDUALLY<br>***Plaintiff***<br>LAS VEGAS METROPOLITAN POLICE OFFICER CHRIS EDMUNDS, INDIVIDUALLY, ET AL.<br>***Defendant*** | *Case Number:* **2:18-CV-01769** JCM-PAL<br>**PROOF OF SERVICE** |

BRENT ALLEN REID, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Wednesday September 12 2018; 1 copy(ies) of the:

**SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT AND JURY DEMAND**

**I served the same on Thursday September 13 2018 at 08:48AM by:**

**Serving Defendant LAS VEGAS METROPOLITAN SERGEANT ANDREW BAUMAN, BY SERVING RISK MANAGEMENT**

Substituted Service, by leaving the copies with or in the presence of: TERESA W., P#13373, LAW ENFORCEMENT SUPPORT TECHNICIAN Authorized Agent. at the Defendant's Business located at 400 S MARTIN L KING BLVD, BLDG B, Las Vegas, NV 89106.

Pursuant to NRS 53.045, I declare under the penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.
**Executed: Friday September 14 2018**

**Affiant: BRENT ALLEN REID #R-061962**
**LEGAL WINGS, INC. - NV LIC #389**
**1118 FREMONT STREET**
**Las Vegas, NV 89101**
**(702) 384-0305, FAX (702) 384-8638**

*3832864.570628*